# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-0429-RLH-PAL |
| vs. | ) | **O R D E R** |
| TYRONE TRAYLOR, | ) | |
| Defendant. | ) | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#41, filed August 31, 2011), entered by the Honorable Peggy A. Leen, regarding Defendant's Motion to Suppress (#31). Objections (#42) were filed to Magistrate Judge Leen's Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The United States filed a Response (#43) thereto, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#41) is ACCEPTED and ADOPTED, and Defendant's Motion to Suppress (#31) is denied.

Dated:   October 14, 2011.

_____
ROGER L. HUNT
U.S. District Judge